United States Bankruptcy Court
Southern District of Texas

**ENTERED**
July 02, 2026
Nathan Ochsner, Clerk

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In Re: | § | |
| | § | **Case No.: 26–34474** |
| **Chanee Tennille Coleman** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | |
| | § | **Chapter:  7** |

## ORDER
## FOR INITIAL HEARING
## AND COMPELLING ATTENDANCE

This case was initiated when a voluntary petition under the Bankruptcy Code was filed. It appears that this case was filed without the assistance of an attorney. Although an attorney is not required to commence a bankruptcy case, many cases filed without the assistance of an attorney are unsuccessful. The Court will hold an initial hearing in this case to determine whether the case is progressing appropriately. It is therefore

**ORDERED**:

1. The Court will conduct a hearing on **August 5, 2026 at 08:00 AM**. (Central Standard Time) before the United States Bankruptcy Court, Courtroom 401, 4th floor, 515 Rusk Avenue, Houston, TX 77002.

2. **Chanee Tennille Coleman** must attend the hearing.

3. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.

   To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at:
   https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez.

   Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510**, conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

4.   Any person who received any payment for providing any assistance in the preparation of the petition or the filing of any documents is also ordered to attend the hearing electronically.

5.   If an application to pay filing fees in installments or a motion to waive filing fees has been filed, then it will be considered at the scheduled hearing.

6.   At the hearing, the Court may determine whether all required documents have been filed. If all required documents have not been filed, the Court may set a deadline for the filing of the outstanding documents.

7.   At the hearing, the Court may enter other orders concerning the case, including orders that dismiss this case or any other orders authorized by the United States Bankruptcy Code.

8.   **WARNING:** If Debtor fails to appear at the hearing, the Court may do one or more of the following:

   a.   Dismiss this bankruptcy case;

   b.   Prohibit Debtor from filing another bankruptcy petition;

   c.   Order that the United States Marshal bring Debtor before the Court for a hearing;

   d.   Order that Debtor appear and show why Debtor should not be held in contempt for failing to appear as ordered;

   e.   If this is a Chapter 7 case, dismiss this case for cause;

   f.   If this is a Chapter 13 case, convert this case to a liquidating case under Chapter 7 of the Bankruptcy Code; or

   g.   Issue other remedies authorized by the United States Bankruptcy Code.

Signed and Entered on Docket: 7/2/26.

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge