Case #
26-34474

United States Courts
Southern District of Texas
FILED

JUL 0 9 2026

Nathan Ochsner, Clerk of Court

Certificate Number: 14751-TXS-CC-041156321

14751-TXS-CC-041156321

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 30, 2026, at 9:40 o'clock PM PDT, CHANEE COLEMAN received from $$$$$$0$ BK Class, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Southern District of Texas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:    June 30, 2026                          By:    /s/Laura E Hauptman

                                                       Name:  Laura E Hauptman

                                                       Title:   Certified Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).