Westlake Service Inc
Line 2 Attorney at Law
4751 Wilshire Blvd Ste 100
Los Angeles, CA 90010-3847

United States Courts
Southern District of Texas
FILED

JUL 9 2026

Nathan Ochsner, Clerk of Court

Lvnv Funding LLC
Care of Resurgent Capital Services LP
PO BOX 1269
Greenville, SC 29602-0000

Portfolio Recovery
120 Corporate Blvd
Norfolk, VA 23502-0000

Swiss Colony
1112 7th Ave
Monroe, WI 53566-1364

National Credit Systems Inc
1775 The Exchange Suite 300
Atlanta, GA 30339-0000

Possible Financial
PO Box 98686
Las Vegas, NV 89193-0000

Comenity Bank Caesars
PO Box 182789
Columbus,
Columbus, OH 43218-0000