**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   26-34474 |
| CHANEE TENNILLE COLEMAN | § | |
| DEBTOR, | § | CHAPTER  7 |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**HARRIS CO ESD # 28          LONE STAR COLLEGE SYSTEM     HARRIS CO ESD # 11**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on __21st__ day of __July__ , 2026, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

RONALD J. SOMMERS                    CHANEE TENNILLE COLEMAN
RONALD SOMMERS, TRUSTEE              15538 KIPLANDS BEND DR.
1400 POST OAK BLVD., SUITE 300       HOUSTON, TX 77014
HOUSTON, TX 77056

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
HOUSTON, TX 77253-3064
Telephone:  (713) 844-3400
Facsimile:   (713) 844-3503
Email:        houston_bankruptcy@lgbs.com


By: /s/ Jeannie Andresen
_____
    Jeannie Andresen
    SBN: 24086239 TX