**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

August 05, 2026
Nathan Ochsner, Clerk

In Re:   Chanee Tennille Coleman

Case No.: 26–34474

Debtor

Chapter:  7

---

**ORDER**
**RESETTING INITIAL HEARING**

On 8/5/26, Chanee Tennille Coleman failed to appear at the initial hearing. It is therefore

**ORDERED**:

1. The initial hearing is reset to **August 19, 2026 at 08:00 AM**. (Central Standard Time) before the United States Bankruptcy Court, Courtroom 401, 4th floor, 515 Rusk Avenue, Houston, TX 77002.

2. Chanee Tennille Coleman must attend the hearing, in person, and on time. Failure of Chanee Tennille Coleman to appear may result in the issuance of further orders as set forth in this Court's order for initial hearing.

3. Pursuant to Bankruptcy General Order 2021-05 parties may either appear electronically or in person unless otherwise ordered by this Court.

4. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510**, conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

Signed and Entered on Docket: 8/5/26.

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge