United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Chanee Tennille Coleman — Case No.: 26−34474

Debtor — Chapter: 7

---

**ORDER**
**STRIKING BANKRUPTCY PETITION**

The Court held an initial status hearing. Upon review of the record, Debtor failed to take a pre-petition credit counseling course. 11 U.S.C. § 109(h)(1) states that if a debtor has failed to take a budget and credit counseling briefing from an approved agency within the 180 days prior to filing for bankruptcy, that individual may not be a debtor in bankruptcy. 11 U.S.C. § 521(b)(1) also requires a debtor to file a certificate for budget and credit counseling briefing prior to filing for bankruptcy. Debtor's failure to take the budget and credit counseling briefing prior to filing for bankruptcy disqualifies Debtor from being an eligible debtor in bankruptcy. Accordingly, it is therefore:

**ORDERED** that the bankruptcy petition is hereby STRUCK.

Signed and Entered on Docket: 8/19/26.

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge